**Order entered May 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00162-CV

**GREYSTAR MANAGEMENT SERVICES, L.P., Appellant**

**V.**

**MELISSA ADAMS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06022**

## ORDER

Before the Court is appellant's May 9, 2013 motion to strike certain documents from the appendix to appellee's brief. Although an appendix is listed in the table of contents in the brief filed by appellee with this Court, the brief does not contain an appendix. Accordingly, we **DENY** appellant's motion as moot.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE